**Raleigh Adolph BELLAMY,**
**Plaintiff—Appellant,**

v.

**NATIONWIDE INSURANCE COMPANY; Town & Country Ford,**
**Defendants—Appellees.**

No. 06–2306.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 10, 2007.

Decided: May 14, 2007.

Raleigh Adolph Bellamy, Appellant Pro Se. William Couchell Robinson, Robinson Elliott & Smith, Charlotte, North Carolina; Jami J. Farris, Parker Poe Adams & Bernstein, LLP, Charlotte, North Carolina, for Appellees.

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raleigh Adolph Bellamy appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his complaint without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Bellamy v. Nationwide Ins. Co.,* No. 3:06–cv–00072, 2006 WL 3373138 (W.D.N.C. Nov. 21, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*